IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 4:22CR153 |
| v. | § § | Judge Jordan |
| EUGENE ELFRANK (3) | § § | |

## FACTUAL BASIS

The defendant, **Eugene Elfrank ("Elfrank")**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1. The defendant, **Eugene Elfrank**, who is entering a plea of guilty, is the same person charged in the Indictment.

2. The events and conduct described in the Indictment occurred in the Eastern District of Texas and elsewhere.

3. **Elfrank** willfully conspired with others, including co-defendants Nick Book and Jason Cross, to defraud and obtain money or property by materially false or fraudulent pretenses, representations or promises.

4. **Elfrank** acted with the intent to defraud and joined in the agreement with the intent to further its unlawful purpose

5. As part of the scheme, **Elfrank** and his co-conspirators performed the following acts in furtherance of the conspiracy, among other things:

   a. Used the business Isotex Health, LLC to solicit funds from prospective investors;

b. Opened and used various bank accounts, including an Isotex Bank Account ending in 1028 at Legacy Bank of Texas, to receive and transfer investor funds;

c. Falsely represented to investors that Isotex had lined up purchase orders, sales contracts, and letters of intent totaling several billion dollars;

d. Pitched investors through in-person meetings, phone calls, and emails;

e. Provided marketing materials to investors detailing their business and revenue plan;

f. Told investors that the investor funds would be used for purchasing hemp seeds, hemp biomass, and other related business expenditures;

g. Executed contracts with investors, which described: specific figures on rates of return and payouts; collateral to be used in the event of inability to repay the investment; and promised use of investor funds;

h. Spent the majority of investor money on personal and business expenses unrelated to the purchase of hemp seeds and hemp biomass for Isotex; and

i. Caused wire transfers and financial transactions that affected interstate and foreign commerce.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: Feb 14, '23

_____
EUGENE ELFRANK
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: Feb. 14, '23

_____
KATRYNA SPEARMAN
Attorney for the Defendant